UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
**CIVIL MINUTES – GENERAL**

| | | | |
|---|---|---|---|
| Case No. | **5:26-cv-6577-CV (PVCx)** | Date | November 6, 2026 |
| Title | ***Mario Alberto Delgadillo v. Warden et al.*** | | |

Present: The Honorable Cynthia Valenzuela, United States District Judge

| | |
|---|---|
| Daniel Torrez | Not Reported |
| Deputy Clerk | Court Reporter |
| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
| None Present | None Present |

**Proceedings:** **(IN CHAMBERS) ORDER RE: APPLICATION FOR TEMPORARY RESTRAINING ORDER [6] AND ORDER TO SHOW CAUSE RE PRELIMINARY INJUNCTION**

Petitioner Mario Alberto Delgadillo brings this action for a writ of habeas corpus. Doc. # 1 (“Pet.”). Petitioner filed his Petition on November 4, 2026. Doc. # 1. On November 6, 2026, Petitioner filed an *Ex Parte* Application for a temporary restraining order. Doc. # 6 (“Appl.”).

Petitioner alleges that on September 4, 2026, he was pulled over and arrested by masked individuals who did not possess a warrant for his arrest. Pet. at 1–2. Petitioner alleges the masked agents showed him a photo of a different man they claimed to be looking for. *Id.* Petitioner alleges that he told the agents that he was not the man in the photo, at which point the agents asked to see his “papers.” *Id.* at 5. Petitioner stated that he did not have papers, and the agents arrested him without asking additional questions. *Id.*

Through his Petition, Petitioner seeks immediate release from custody and an order preventing his re-detention without adequate notice and process. Appl. at 15–16.

On November 6, 2026, Respondents filed a response to the Application ("Response"). Doc. # 8. In their response, Respondents state:

> [T]he Petitioner in this case appears to have no criminal record, just as he claims. He also appears to have longstanding community ties. Against that background and given the exceptional exigency of the specific harm that his TRO Application alleges as the basis for seeking immediate release (as opposed to going through an initial bond proceeding)—i.e., his wife is scheduled to undergo emergency surgery on November 10, 2026—Respondents are therefore not at this juncture presenting an opposition to the TRO Application or the Petition under the specific circumstances of this case.

*Id.* at 2. In light of Respondents statement of non-opposition to Petition and Application seeking immediate release, the Court hereby **GRANTS** the Petition.

Accordingly, the Court orders as follows:

1. The Court hereby **GRANTS** the Petition and **ORDERS Petitioner Mario Alberto Delgadillo immediately released.** Respondents must certify compliance with this Order with twenty-four hours from entry.

2. It does not appear that Petitioner's counsel has provided Petitioner's A-number. Counsel for Petitioner is **ORDERED** to immediately provide Petitioner's A-number to Respondents.

3. Respondents are ENJOINED from re-detaining Petitioner unless a custody hearing is held before a neutral arbiter in which the government bears the burden of proving, by clear and convincing evidence, that materially changed circumstances have established that Petitioner is a danger to the community or a flight risk.

4. When releasing Petitioner, Respondents must return any property seized from him in the course of his arrest and detention.

**IT IS SO ORDERED.**