UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

MARIO ALBERTO DELGADILLO,
Petitioner,
v.
WARDEN, *et al.*,
Respondents.

Case No. 5:26-cv-6577-CV (PVCx)

**JUDGMENT**

Pursuant to the Court's Order Granting Petition for Writ of Habeas Corpus, IT IS ORDERED AND ADJUDGED that the Petition is **GRANTED**

**IT IS SO ORDERED**.

Dated: November 6, 2026

Cynthia Valenzuela
HON. CYNTHIA VALENZUELA
UNITED STATES DISTRICT JUDGE